IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STARLINDA BRANICK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROKU, INC.,<br><br>　　　　　　Defendant. | Case No. 1:21-CV- 01271 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, on behalf of their respective clients and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that this matter and all claims therein be dismissed *with prejudice* with each party to bear their own attorneys' fees and costs.

Dated: October 28, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ R. Bruce Carlson | /s/ Joel M. Graczyk |
| One of Her Attorneys | |
| | Joel M. Graczyk |
| R. Bruce Carlson | Julius C. Carter |
| **CARLSON BROWN** | **DENTONS US LLP** |
| 222 Broad Street | 233 South Wacker Dr., Suite 5900 |
| PO Box 242 | Chicago, Illinois  60606 |
| Sewickley, PA 15143 | (312) 876-8000 - telephone |
| (412) 322-9243 | *joel.graczyk@dentons.com* |
| bcarlson@carlsonlynch.com | *julius.carter@dentons.com* |

Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: 412-322-9243
nickc@lcllp.com

*Counsel for Plaintiffs*